AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Yehoram Uziel, an individual <br><br> *Plaintiff(s)* <br> v. <br> Superior Court of the State of california. <br> Honorable JUdge David B. Gelfound <br> Steven A. Simons, an individual <br> Robert A. Weiner, an Individual <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:25-cv-02364-DSF-DTB <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Honorable Judge David B. Gelfound, LASC Dept. 49 9425 Penfield Ave. Chatsworth CA. 9131
Steven A. Simons 9010 Corbin Avenue Suite 17B Northridge, CA 91321
Robert A, Weiner 33960 Mevers Creek Road Acton, CA 93510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Yehoram Uziel
19329 Bryant St. Northridge, CA 91324
Email Yehoram@Soligen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/18/2025

*Signature of Clerk or Deputy Clerk* 1261

**RAYLENE YOUNG**