NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Yehoram Uziel
Self represented Plaintiff
19329 Bryant St.
Northridge CA 91324
Phone: 818-885-1258
Cell: 818-943-2693
Email: yehoram@soligen.com

ATTORNEY(S) FOR: Self represented Plaintiff

FILED

2025 MAR 18 AM 10: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yehoram Uziel, an individual<br><br>                    v.<br>Superior Court of the State Of California<br>(see attachment)<br><br>Plaintiff(s),<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-02364-DSF-DTB<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Self represented Plaintiff Yehoram Uziel_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Yehoram Uziel | Plaintiff |
| Hon. Judge David B. Gelfound | Defendant, LASC |
| Steven A. Simons an individual | Defendant |
| Robert A. Weiner an individual | Defendant |

3/15/2025
Date

Signature: Yehoram Uziel (Digitally signed by Yehoram Uziel, DN: cn=Yehoram Uziel, o, ou, email=yehoram@soligen.com, c=US, Date: 2025.03.18 02:08:22 -07'00')

Attorney of record for (or name of party appearing in pro per):

Yehoram Uziel Plaintiff

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES