Name: _Yehovaw Leziel_

Address: _10329 Bryant St_

_Northridge CA 91324_

Phone Number: _818 943 2693_

Email Address: _yehovaw @ solyao, com_

Pro Se

FILED

2025 MAY -6  AM 10: 59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_Yehovaw Leziel_

v.                                    PLAINTIFF(S)

_Superior Court of CA_
_David v. Gelfound St_
_Stava sinous, Robert_       DEFENDANT(S)

CASE NUMBER

_2:25-cv- 02364 DSF DTB_

**APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING**

As the ☑ Plaintiff ☐ Defendant    in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   _Check all that apply._

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: _5/6/2025_                    Signature: _____

CV-005 (02/20)          APPLICATION FOR PERMISSION FOR ELECTRONIC FILING