## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEHORAM UZIEL, | **CASE NUMBER**<br><br>2:25-cv-02364-DSF (DTB) |
| PLAINTIFF(S) | |
| v. | |
| HONORABLE DAVID B. GELFOUND, ET AL., | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by      Plaintiff Yehoram Uziel

_____ is hereby:

☑ GRANTED

   Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated:      May 12, 2025                          _____
                                                 United States ~~District~~/Magistrate Judge

☐ DENIED

*Comments:*




Dated: _____                          _____
                                                 United States District/Magistrate Judge

CV-05 Order (12/15)        **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING**